UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CHRISTOPHER SZIBER, Individually and
for Others Similarly Situated,

    Plaintiff,

v.

DOMINION ENERGY, INC.

    Defendant.

Case No. 3:20-cv-117

## ORDER

This matter comes before the Court on the parties' Joint Motion to Stay Defendant's Deadline to Respond to Plaintiff's Motion for Corrective Notice and Extended Tolling [ECF No. 100] so their efforts may be focused to resolve any potential issues related to BJ Inspections, Inc. Upon due consideration, the Court GRANTS the motion. The parties shall proceed as set forth in their joint motion.

SO ORDERED:

Entered: 24 August 2021

/s/
John A. Gibney, Jr.
United States District Judge