# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| CHRIS SZIBER, Individually and for Others Similarly Situated, | Case No. 3:20-cv-00117-JAG |
| Plaintiff, | Collective Action |
| v. | Jury Trial Demanded |
| DOMINION ENERGY, INC., | |
| Defendant. | |

## CONSENT MOTION FOR APPROVAL OF FLSA SETTLEMENTS

The Parties submit the following Consent Motion for Approval of FLSA Settlements, Memorandum in Support of the Consent Motion ("Memorandum"), and Proposed Order. For the reasons set forth in the Memorandum, the Parties respectfully request the Court enter an Order:

1) Approving the Parties' settlements set forth in the Parties' Settlement Agreements and Releases as fair and reasonable resolution of *bona fide* disputes;

2) Approving the proposed Settlement Notice (attached as Exhibit 1 to the Parties' Settlement Agreements and Releases) and directing its distribution;

3) Appointing Josephson Dunlap, LLP, Bruckner Burch, PLLC, and Butler Curwood, PLC, as Class Counsel for the purposes of Settlement and the releases and other obligations therein;

4) Approving Simpluris as Settlement Administrator to perform duties in accordance with the terms of the Settlement Agreements.

5) Approving Class Counsel's attorneys' fees and costs; and

6) Dismissing the claims in this lawsuit, brought by Plaintiff on behalf of himself and all others similarly situated, with prejudice in accordance with the Parties' proposed order.

Dated: March 1, 2022							Respectfully Submitted,

                By: */s/ Zev H. Antell*
                Harris D. Butler (VSB No. 26483)
                Zev H. Antell (VSB No. 74634)
                **BUTLER CURWOOD, PLC**
                140 Virginia Street, Suite 302
                Richmond, Virginia 23219
                804-648-4848 – Telephone
                804-237-0413 – Facsimile
                Email: harris@butlercurwood.com
                        zev@butlercurwood.com

                Michael A. Josephson
                Texas Bar No. 24014780
                Andrew Dunlap
                Texas Bar No. 24078444
                Richard M. Schreiber
                Texas Bar No. 24056278
                **JOSEPHSON DUNLAP, LLP**
                11 Greenway Plaza, Suite 3050
                Houston, Texas 77046
                713-352-1100 – Telephone
                713-352-3300 – Facsimile
                Email: mjosephson@mybackwages.com
                adunlap@mybackwages.com
                rschreiber@mybackwages.com
                (admitted *pro hac vice*)

                Richard J. (Rex) Burch
                Texas Bar No. 24001807
                **BRUCKNER BURCH, PLLC**
                8 Greenway Plaza, Suite 1500
                Houston, Texas 77046
                713-877-8788 – Telephone
                713-877-8065 – Facsimile
                Email: rburch@brucknerburch.com
                (admitted *pro hac vice*)

By  /s/  *Jimmy F. Robinson, Jr.*
Jimmy F. Robinson, Jr., Esquire
Virginia State Bar Number 43622
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins, Esquire
Virginia State Bar Number 84382
clay.rollins@ogletreedeakins.com
Bret G. Daniel, Esquire
Virginia State Bar Number 92189
bret.daniel@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.:  (804) 663-2330
Fax:  (855) 843-1809

**Certificate of Service**

I hereby certify that on this 1st day of March 2022, I electronically filed the foregoing, using the CM/ECF system, and provided notice per the Federal Rules of Civil Procedure:

Jimmy F. Robinson, Jr., Esquire
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins
clay.rollins@ogletreedeakins.com
Bret G. Daniel, Esquire
bret.daniel@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, Virginia  23219

By:  /s/ *Zev H. Antell*
Zev H. Antell  (VSB No. 74634)
BUTLER Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone (804) 648-4848
Facsimile (804) 237-0413
Email:  zev@butlercurwood.com